# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                    Plaintiff,          )<br>          v.                        )<br>FEDERICO RIOS (5),                  )<br>                    Defendant.       )<br>                                    ) | Case No. 92CR0098-H<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

    Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Federico Rios. The defendant is hereby discharged as to this case only and the bench warrant is hereby recalled.

    IT IS SO ORDERED AND ADJUDGED.

DATED: July 15, 2016            _____
                                HONORABLE MARILYN L. HUFF
                                UNITED STATES DISTRICT JUDGE